# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133794

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DEMETREON ADAMS,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133794
COA: 275636
Jackson CC: 06-000159-FC

On order of the Court, the application for leave to appeal the Mach 6, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

t0723